# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Herman Angel, | : |
| Plaintiff, | : No.: 1:25-CV-1407-LAL |
| v. | : |
| John Doe, An Unidentified Harrisburg Police Officer, City Of Harrisburg, And Sawyer's Bar And Grill, LLC | : **Jury Trial Demanded** |
| Defendants. | : |

## DEFENDANT CITY OF HARRISBURG'S MOTION TO DISMISS CROSSCLAIM OF DEFENDANT SAWYER'S BAR AND GRILL PURSUANT TO F.R.C.P. 12(b)(6)

Defendant, City of Harrisburg, by and through its undersigned Counsel, Bellwoar Kelly, LLP, file this Motion to Dismiss the Crossclaim of Defendant Sawyer's Bar and Grill, LLC ("Sawyer's Bar") (ECF 13, pp 8-9) and in support thereof aver as follows:

1. Plaintiff, Hernan Angel ("Plaintiff" or "Angel") filed a Complaint against the City of Harrisburg ("Harrisburg") and other defendants on September 12, 2025 asserting civil rights claims against Harrisburg, "John Doe" officer; and *negligence claims* against Sawyer's Bar (Cmplt. ECF1.)

2. Defendant City of Harrisburg ("Harrisburg" or "Moving Defendant")

filed a Motion to Dismiss Plaintiff's Complaint pursuant to F.R.C.P. 12(b)(6), with supporting brief on November 21, 2025. (ECF 15,16).

3. On the same day, November 21, 2025, Sawyer's Bar filed an Answer to Plaintiff's Complaint, with Affirmative Defenses and a Crossclaim against John Doe[1] and the City of Harrisburg. (ECF13).

4. Defendant Sawyer's Bar did not add any new facts as part of its Crossclaim, but rather asserts as follows:

> " If plaintiff is entitled to recovery based upon the averments set forth in the Complaint, said averments being denied, then defendants John Doe, an unidentified Harrisburg Police Officer and the City of Harrisburg are solely liable to plaintiff for all claims." (CC, ECF 13, ¶2).

> "If plaintiff has a claim against Answering Defendant, then defendants John Doe, an unidentified Harrisburg Police Officer and the City of Harrisburg are solely liable, liable over, and/or jointly liable with Answering Defendant, in accordance with federal law and/or common rights of indemnification and indemnity." (CC ECF 13, ¶3).

5. Plaintiff alleges two claims against Sawyer's Bar – both negligence claims: Negligence (Count V) and Negligent Hiring, Training and Retention (Count VI). (Cmplt. ECF 1, Claims for Relief).

6. Harrisburg, as a municipal entity, is immune from liability on negligence claims unless the claim falls within an exception to the Pennsylvania

---

[1] John Doe has not been served, nor identified.

Political Subdivision Tort Claims Act, 42 Pa.C.S.A. 8542 (b)(6).

7. The Tort Claims Act does not contain any exceptions for "negligence" or "Negligent hiring, training and retention." See, 42 Pa.C.S.A. 8542(b)(6).

8. Accordingly, should Sawyer's Bar be determined to be liable to Plaintiff, Harrisburg is immune, requiring dismissal of the subject Crossclaim.

9. Additionally, for the reasons set forth in Harrisburg's Motion to Dismiss, incorporated by reference herein, including that Plaintiff fails to plead any underlying liability against any individual officer, Plaintiff's *Monell* claim fails as a matter of law. (See, ECF 15,16).

10. Accordingly, for the reasons set forth herein; and in the supporting Memorandum of Law to be filed contemporaneously herewith, the Crossclaim against the City of Harrisburg must be dismissed, with prejudice.

Wherefore, the City of Harrisburg respectfully requests that this Court dismiss the Crossclaim of Defendant, Sawyer's Bar, with prejudice, together with any other relief that this court deems appropriate under the circumstances.

**BELLWOAR KELLY, LLP**

Date: December 12, 2025

By: */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Attorney for Defendant
City of Harrisburg
126 W. Miner Street, #1
West Chester, PA 19382
(p) 610-314-7066
sbrown@bellwoarkelly.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERMAN ANGEL, | : | |
| Plaintiff, | : | No.: 1:25-CV-1407-LAL |
| v. | : | |
| JOHN DOE et al. | : | **Jury Trial Demanded** |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this day a true and correct copy of the City of Harrisburg's Motion to Dismiss the Crossclaim of Defendant Sawyer's Bar and Grill, LLC was served upon the following as indicated:

| | |
|---|---|
| Herman Angel<br>4105 Beechwood Ln. Apt. J<br>Harrisburg, PA 17112<br>(via First Class Mail) | Matthew Lavery, Esquire<br>Weber Gallagher<br>2000 Market Street<br>13th Floor<br>Philadelphia, PA 19107<br>(via ECF) |

**BELLWOAR KELLY LLP**

Date: December 12, 2025

By: */s/ Sheryl L. Brown*
Sheryl L. Brown, Esquire, I.D. #59313
Attorney for Defendant
City of Harrisburg
West Chester, PA 19382
(p) 610-314-7066
sbrown@bellwoarkelly.com